# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 19-02223JVS(KESx) |
| Date | March 2, 2020 |
| Title | International License Exchange of America, LLC v D-Link Systems, Inc |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey Craft | Christine Yang |

**Proceedings:**   Scheduling Conference

Cause is called for hearing and counsel make their appearances. Court and counsel confer. The Court sets the case management dates with the agreement of counsel as follows:

| | |
|---|---|
| **Jury Trial** | **January 4, 2022 at 8:30 a.m.** |
| **Final PreTrial Conference** | **December 20, 2021 at 11:00 a.m.** |

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #3, private mediation.

Within 7 days, Counsel shall meet and confer and submit a stipulation and proposed order with the balance of the case management dates as shown on Exhibit A to the Order Setting Rule 26(f) Scheduling Conference including the last date to conduct a settlement conference.

The Court grants the request for 50 requests for admission.

A Status Conference is set for June 8, 2020 at 11:00 a.m. re the limitations on claims and prior art.

|   |   : | 10 |
|---|---|---|
| | Initials of Preparer | lmb |