**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| INTERNATIONAL LICENSE EXCHANGE OF AMERICA, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>D-LINK SYSTEMS, INC.,<br><br>        Defendant. | Case No. 8:19-cv-2223- JVS-KES<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

ORDER

1

Plaintiff International License Exchange of America, LLC ("ILEA") and Defendant D-Link Systems, Inc. ("D-Link"), through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed a joint stipulation of dismissal with prejudice ("Stipulation"). Having considered this Stipulation, and finding that good cause exists, the Court hereby GRANTS the Stipulation and ORDERS as follows:

(1) this action and ILEA's claims for relief that were asserted against D-Link in this case are hereby dismissed with prejudice; and

(2) each party will bear its own costs, expenses, and attorneys' fees incurred in connection with this case.

**IT IS SO ORDERED.**

Dated:  4/15/20_____     _____
The Honorable James V. Selna
United States District Court Judge

[PROPOSED] ORDER

2